AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| HOPE JACKSON<br><br>*Plaintiff(s)*<br>v.<br>BETH ISRAEL MEDICAL CENTER d/b/a MOUNT SINAI BETH ISRAEL, et al.<br>See Attached Rider<br>*Defendant(s)* | Civil Action No. 22-cv-01451-ENV-AYS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven R. Filosa, Esq.
The Russell Friedman Law Group, LLP
400 Garden City Plaza, Suite 500
Garden City, New York 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 3/16/2022

*Concetta Landow*
*Signature of Clerk or Deputy Clerk*

**RIDER**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
HOPE JACKSON,

                                  Plaintiff,

                -against-

BETH ISRAEL MEDICAL CENTER d/b/a MOUNT SINAI
BETH ISRAEL, GALE SPIRO, individually and in her
official capacity, NINA TALENTINO, individually and in
her official capacity, and NATALYA DOROSHENKO,
individually and in her official capacity,

                                Defendants.
-----------------------------------------------------------------------X

BETH ISRAEL MEDICAL CENTER d/b/a MOUNT SINAI BETH ISRAEL
281 1ST Avenue
New York, New York 10003


GALE SPIRO, individually and in her official capacity
Beth Israel Medical Center d/b/a Mount Sinai Beth Israel
281 1ST Avenue
New York, New York 10003


NINA TALENTINO, individually and in her official capacity
Beth Israel Medical Center d/b/a Mount Sinai Beth Israel
281 1ST Avenue
New York, New York 10003


NATALYA DOROSHENKO, individually and in her official capacity
Beth Israel Medical Center d/b/a Mount Sinai Beth Israel
281 1ST Avenue
New York, New York 10003